IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00492-WYD-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

WARREN TAYLOR,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion for Interdivision Transfer of Pretrial Matters and for Rescheduling of Scheduling/Planning Conference (filed May 6, 2008) is **GRANTED IN PART AND DENIED IN PART**. I deny the request to actually transfer this case to Grand Junction. However, I will revoke the Order of Reference to Magistrate Judge Hegarty and will issue an Amended Order of Reference to Magistrate Judge Rice in Grand Junction so that matters subject to that Order, including the Scheduling Conference, will be held in Grand Junction. The Scheduling/Planning Conference set for June 24, 2008, before Magistrate Judge Hegarty shall be vacated and a Scheduling Conference shall instead by set by Magistrate Judge Rice.

    Pretrial matters that are not subject to the Order of Reference shall, however, remain in this Court to be dealt with by me. If Defendant wishes any specific hearings not subject to the Order of Reference or the trial to be held in Grand Junction, Defendant must file a motion requesting such relief which will be considered at that time.

    Dated: May 9, 2008