IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 08-cv-00492-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

WARREN TAYLOR,

    Defendant.

---

ORDER RE: PLAINTIFF'S UNOPPOSED
MOTION TO AMEND COMPLAINT (docket # 15)

---

The Plaintiff's Unopposed Motion to Amend Complaint (docket # 15) to add an additional party is GRANTED.

The Amended Complaint (docket # 15-2) is accepted for filing.

DATED:   June 12, 2008 at Grand Junction, Colorado.

                      BY THE COURT:

                      s/Gudrun J. Rice

                      Gudrun J. Rice
                      United States Magistrate Judge