UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1-08-cv-00492-WYD-GJR

HOME DESIGN SERVICES, INC.,

Plaintiff,

v.

WARREN TAYLOR and TNT WEST
CONTRACTORS, LLC,

Defendants.

---

**ORDER, RE: UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE CURRENTLY SCHEDULED FOR SEPTEMBER 15, 2008**

---

THE COURT, having reviewed the Unopposed Motion to Continue Settlement Conference Currently scheduled for September 15, 2008, having reviewed the pleadings filed by the parties to this action with respect to this motion, as well as the relevant authorities HEREBY GRANTS the requested relief and vacates the settlement conference currently set for September 15, 2008. Said conference to be rescheduled at some future point.

_____
**MAGISTRATE JUDGE OF THE DISTRICT COURT**