IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 08-cv-00492-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

WARREN TAYLOR and
TNT WEST CONTRACTORS, LLC,

    Defendants.

---

ORDER GRANTING PLAINTIFF'S SECOND MOTION TO AMEND COMPLAINT
(docket # 28)

---

    Having considered the Plaintiff's Second Motion to Amend Complaint and Memorandum of Law in Support Thereof (docket # 28), Defendant's Response in Opposition Thereto (docket # 35) and Plaintiff's Reply (docket # 36), I find that in accordance with Federal Rules of Civil Procedure Rule 15 justice requires that leave be given to Plaintiff to amend the complaint a second time to add as party Defendants:

    1. Barbara Taylor,

    2. Wayne Moore.

    IT IS HEREBY ORDERED that the Plaintiff's Second Motion to Amend Complaint is GRANTED and that the Second Amended Complaint (docket # 28-2) adding Barbara Taylor and Wayne Moore as Defendants be accepted for filing.

    DATED:    October 07, 2008 at Grand Junction, Colorado.

BY THE COURT:

s/Gudrun J. Rice
_____
Gudrun J. Rice
United States Magistrate Judge