IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 08-cv-00492-CMA-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

WARREN TAYLOR,
TNT WEST CONTRACTORS, LLC,
BARBARA TAYLOR, and
WAYNE MOORE,

    Defendants.

---

ORDER GRANTING DEFENDANTS' MOTION TO VACATE AND RESET
SETTLEMENT CONFERENCE (docket # 62)

---

    The Motion to Vacate and Reset Settlement Conference is GRANTED.

    The Settlement Conference is reset for February 26, 2009 at 11:00 a.m.

    DATED:    January 16, 2009 at Grand Junction, Colorado.

                              BY THE COURT:

                              s/Gudrun J. Rice

                              Gudrun J. Rice
                              United States Magistrate Judge